MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*RUDOLPH CHAVEZ, et al.*      v.   *DSS FINANCIAL GROUP, LLC*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 2:09-cv-00780 -JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date: January 22, 2010

On June 16, 2009, counsel for plaintiff executed a stipulation to extend the time for responding to the complaint, which was also executed by the Jerold Kaplan Law Office as counsel for the defendant. (Doc. 5)  In response, and on the same day, the court approved the stipulation (Doc. 6), but also directed the Jerold Kaplan Law Office to immediately file a notice of appearance on behalf of the defendant.  (Doc. 7)  The Jerold Kaplan Law Office has never responded to the order.  Subsequently, on July 20, 2009, counsel for plaintiff filed a notice indicating that the case had been settled and that the settlement papers would be "finalized within the next 40 days."  (Doc. 9).

Base on the above, the court concludes that this case has been resolved and should be closed.  Unless within 14 days from the date of this order counsel of record for one of the parties files a document purporting to show cause why this case should not be closed, the Clerk of Court is directed to close this case without further order from the court.